218 F.2d 824
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
SOUTHERN PINE ELECTRIC CO-OPERATIVE, Respondent.
 No. 14810.
 United States Court of Appeals, Fifth Circuit.
 Feb. 4, 1955.
Rehearing Denied March 22, 1955.
 
 Petition for the Enforcement of an Order of the National Labor Relations Board, sitting at Washington, D.C.
 Frederick U. Reel, Atty., David P. Findling, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., George J. Bott, Gen. Counsel, Nancy M. Sherman, Attorneys, N.L.R.B., Washington, D.C., for petitioner.
 J. M. Williams, Jr., Montgomery, Ala, Helen F. Humphrey, Washington, D.C., Rushton, Stakely & Johnston, Montgomery, Ala., and Denham and Humphrey, Washington, D.C., for respondent.
 Before HOLMES and BORAH, Circuit Judges, and DAWKINS, District Judge.
 PER CURIAM.
 
 
 1
 The petition for enforcement of the order of the National Labor Relations Board is granted.